CARL LISSONE v. COOPER ALLOY CORP.

January 16, 1974. Petition for certification denied.

JOHN MAYER v. JOHN E. RUNNELS HOSPITAL.

January 16, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. FRANCINE GELULA.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE ZANE.

January 16, 1974. Petition for certification denied.

VANCE HUMPHREY v.
NEW JERSEY STATE PAROLE BOARD.

January 16, 1974. Petition for certification denied.